1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
            **In The Eastern District of California for the**
7
                  **United States District Court**
8

9

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 6:04-mj-0219
                                )
12         Plaintiff,            )   ORDER TO DENY DEFENDANT'S
                                )   MOTION TO DISMISS
13         v.                    )
                                )
14 DEVIN W. MEANS,               )   Date: June 29, 2005
                                )   Time: 10:00 a.m.
15         Defendant.            )   Courtroom: U.S. Magistrate
                                )   Judge:
16                              )   Hon. William M. Wunderlich
                                )
17                              )
   ─────────────────────────────)
18

19 For the reasons stated in the United States Government Response

20 in Denial of Defendant's Motion to Dismiss the United States

21 Government, through its representative Elizabeth Waldow,

22 respectfully requests that the Defendant's Motion to Dismiss be

23 denied.

24

25

26

27

28

                                1

```
Respectfully submitted,



Dated:   June 29, 2005   ,            /s/Elizabeth Waldow
                                     Elizabeth Waldow
                                     National Park Service



                               ORDER

It is so ordered.


Date: June 29, 2005        _____

                                 The Hon. William M. Wunderlich
                                 Magistrate Judge for the
                                 Eastern District of California
```

IT IS SO ORDERED.

**Dated:   July 1, 2005**            **/s/  William M. Wunderlich**
mmkd34                               UNITED STATES MAGISTRATE JUDGE